IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02354-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

TUAN NGUYEN,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 21, 2014.**

    Plaintiff's unopposed Motion for Leave to Appear Telephonically at the Settlement Conference Scheduled for August 28, 2014 [filed August 21, 2014; docket #33] is **granted**. Counsel for Plaintiff shall ensure that the client representative is available by telephone throughout the entirety of the conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations (if any), the conference may be recessed and re-convened at a time when the representative can be present, and costs of the recessed conference may be assessed against the Plaintiff.